UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | C/A No. 4:06-1239 |
| vs. ) | |
| ) | ORDER |
| Lorraine Tommy Gregory ) | |
| ) | |

This matter is before the Court on remand from the Fourth Circuit Court of Appeals, which granted the government's unopposed motion to remand the case to this Court for re-sentencing. The government is directed to file, within 20 days, a brief for this Court outlining the procedure of the case since sentencing, as well as the government's position as to sentencing on remand and the relevant supporting legal authority. The defendant shall 15 days after the filing of the government's brief to respond, if he so desires. Thereafter, the Court will schedule a re-sentencing hearing in this case.

IT IS SO ORDERED.

                                                     s/ Terry L. Wooten
                                                     Terry L. Wooten
                                           United States District Judge

April 7, 2010
Florence, South Carolina